# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 7:16-cr-00057** |
| v. ) | |
| ) | |
| **CHRISTOPHER ALLEN HAYTH,** ) | By: Michael F. Urbanski |
| Defendant. ) | Chief United States District Judge |

## ORDER

As set forth in the accompanying memorandum opinion, Christopher Allen Hayth's motions for compassionate release, ECF Nos. 236 and 247, are **DENIED**. The clerk is directed to provide notice of this order to all counsel of record.

It is so **ORDERED**.

Entered: December 31, 2020

Michael F. Urbanski
Chief U.S. District Judge
2020.12.31 15:35:43
-05'00'

Michael F. Urbanski
Chief United States District Judge